1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN HAWK,

11            Plaintiff,                    No. CIV S-12-0129 EFB P

12        vs.

13   RICK HILL, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff proceeds pro se and has filed a complaint along with a request to waive court

17   fees.  In his request, plaintiff indicates he is confined as an inmate at "Folsom Prison."  Dckt. No.

18   2 at 1. Applications by prisoners to proceed *in forma pauperis* are governed by 28 U.S.C.

19   § 1915.  Section 1915(a)(1) requires a prisoner to submit an affidavit that includes "a statement

20   of all assets," and section 1915(a)(2) requires the prisoner to also submit "a certified copy of the

21   trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately

22   preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at

23   which the prisoner is or was confined."  Plaintiff has not submitted the required affidavit or

24   certified copy of his trust account statement or the institutional equivalent.

25   ////

26   ////

1

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit a

2    complete application as required by § 1915(a).  The Clerk of the Court is directed to mail to

3    plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

4    order will result in a recommendation that this action be dismissed.

5    So ordered.

6    DATED:  January 26, 2012.

7                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE

2