IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Plaintiff,                      No. CIV S-12-0129 EFB P[1]

    vs.

RICK HILL, et al.,

    Defendants.               ORDER AND
FINDINGS AND RECOMMENDATIONS

/

    On January 26, 2012, the court found that plaintiff's application to proceed *in forma pauperis* failed to include the required affidavit and certified copy of his trust account statement or institutional equivalent required by 28 U.S.C. § 1915(a)(2). The court ordered plaintiff to submit a complete application to proceed in forma pauperis within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

    The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit or a certified trust account statement; nor has he paid the appropriate filing fee or otherwise responded to the court's order.

---

[1] Plaintiff failed to respond to the court's order filed on January 19, 2011, Dckt. No. 3, directing that he complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge

1

Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE